First National Bank, appellant, v. Antonio Paris et al., defendants. Johnson Lumber and Fuel Company, appellee. Gen. No. 8,736.

Opinion filed January 19, 1934.

Tatge & Tatge and Lathrop, Lathrop, Brown & Lathrop, for appellant; Robert F. Kolb, of counsel. Welsh & Welsh and Nelson & Nelson, for appellee; C. K. Welsh and Carroll Nelson, of counsel.

Mr. Justice Huffman delivered the opinion of the court.